1
2
3
4
5

6           UNITED STATES DISTRICT COURT
           WESTERN DISTRICT OF WASHINGTON
7                    AT SEATTLE

| 8  | WALTER S. COOPER, | |
|---|---|---|
| 9  | Plaintiff, | Case No. C15-1768 RSM-BAT |
| 10 | v. | **REPORT AND RECOMMENDATION** |
| 11 | PUBLIC RECORDS DISCLOSURE REQUEST, et al., | |
| 12 | Defendants. | |

Plaintiff Walter S. Cooper, proceeding pro se and *in forma pauperis*, filed a 42 U.S.C. § 1983 complaint against "Public Records Disclosure Request," Ethan Rogers, Myralynn Nitura, and the King County Prosecuting Attorney's Offices for failure to turn over public records which he contends reveals that the crime for which he was convicted is a non-violent crime. Mr. Cooper seeks $850,000.00 and $1,500.00 per day in damages. Dkt. 9. The Court declined to serve the complaint because Mr. Cooper had failed to state a claim upon which relief may be granted. He was advised that his public records request claim is subject to dismissal as there is no constitutional right to public disclosure of government documents and that any claim relating to his conviction based on a non-violent crime is also subject to dismissal under *Heck v. Humphrey*, 512 U.S. 477, 487 (1994). However, the Court granted Mr. Cooper leave to file an amended complaint. Dkt. 8.

REPORT AND RECOMMENDATION - 1

In response, Mr. Cooper filed a letter stating: "Since I am not properly filed I ask that the Court disregard the complaint as unfiled in the Case No. C15-1768 RSM-BAT." The Court recommends **DISMISSING** this lawsuit without prejudice pursuant to Federal Rule of Civil Procedure Rule 41(a).

## DISCUSSION

Rule 41(a) governs the voluntary dismissal of an action in federal court. Rule 41(a)(1) provides that a plaintiff may dismiss an action without a court order by filing a notice of dismissal before the opposing party serves either an answer or a motion for summary judgment. Unless the notice or (stipulation signed by all parties that have appeared) states otherwise, the dismissal shall be without prejudice.

The complaint in this matter has not yet been served and therefore, there is no opposing party in this matter. Therefore, this action may be dismissed.

## CONCLUSION

The Court recommends **DISMISSING** this lawsuit without prejudice. Any objections to this Recommendation must be filed no later than **Monday, January 18, 2016.** The Clerk should note the matter for **Wednesday, January 20, 2016**, as ready for the District Judge's consideration if no objections are filed. Objections shall not exceed ten pages. The failure to timely object may affect the right to appeal.

DATED this 28th day of December, 2015.

BRIAN A. TSUCHIDA
United States Magistrate Judge

REPORT AND RECOMMENDATION - 2