UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

WALTER S. COOPER,

                Plaintiff,

   v.

PUBLIC RECORDS DISCLOSURE REQUEST, et al.,

                Defendants.

Case No. C15-1768 RSM

**ORDER OF DISMISSAL**

      The Court, having reviewed Plaintiff's complaint (Dkt. 9) and request to withdraw complaint (Dkt. 10), the Report and Recommendation of United States Magistrate Judge Brian A. Tsuchida, and the remaining record, does hereby **ORDER**:

    (1)    The Court adopts the Report and Recommendation.

    (2)    This matter is **DISMISSED WITHOUT PREJUDICE.**

    (3)    The Clerk of Court is directed to send copies of this Order to plaintiff and to Judge Tsuchida.

    DATED this 20th day of January 2016.

                                               RICARDO S. MARTINEZ
                                               UNITED STATES DISTRICT JUDGE